UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-cv-14378-RLR

KIM KIOSOW,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Kim Kiosow, and Defendant, Hartford Life and Accident Insurance Company, by and through their undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear her/its own attorneys' fees and costs.

Dated this **30th** day of December, 2016.

| | |
|---|---|
| */s/ Alexander A. Palamara* | */s/ Jonathan M. Fordin* |
| Alexander A. Palamara, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 0037170 | Florida Bar No. 371637 |
| ATTORNEYS DELL & SCHAEFER, CHARTERED | SHUTTS & BOWEN LLP |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 2404 Hollywood Boulevard | 200 South Biscayne Blvd. |
| Hollywood, FL 33020 | Suite 4100 |
| | Miami, FL 33131 |
| Telephone: 954-620-8300 | Telephone: 305-347-7390 |
| Fax: 954-922-6864 | Fax: 305-381-9982 |
| alex@diattorney.com | jfordin@shutts.com |